**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

TAMMY POWERS,

    Plaintiff,                                        Case No. 3:17-cv-321

    vs.

COMMISSIONER OF                          District Judge Thomas M. Rose
SOCIAL SECURITY,                          Magistrate Judge Michael J. Newman

    Defendant.

---

**ORDER ADOPTING REPORT AND RECOMMENDATION**

---

        The Court has reviewed the Report and Recommendation of United States Magistrate Judge Michael J. Newman (Doc. #14), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendation.

        Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendation (Doc. #14) is **ADOPTED** in full;

2. The Commissioner's non-disability determination is **REVERSED**;

3. This matter is **REMANDED** to the Commissioner under the Fourth Sentence of 42 U.S.C. § 405(g) for further proceedings; and

4. This case is terminated on the docket of this Court.

Date: December 6, 2018                                                 *s/Thomas M. Rose

                                                                          THOMAS M. ROSE
                                                           UNITED STATES DISTRICT JUDGE